MATTIE HEARD, Plaintiff-Appellant, *v.* THE CITY OF CHICAGO, Defendant-Appellee.

(No. 55220;

First District—April 10, 1972.

John Bernard Cashion, of Chicago, for appellant.

Richard L. Curry, Corporation Counsel, of Chicago, (Peter·Fitzpatrick, Special Assistant Corporation Counsel, of counsel,) for appellee.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* ANTHONY BURTON, Defendant-Appellant.

(No. 55688;

First District—April 10, 1972.

Gerald W. Getty, Public Defender, of Chicago, (Elliott M. Samuels and James J. Doherty, Assistant Public Defenders, of counsel,) for appellant.